# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers

v.  Case No. 09-cv-93-SM

N.H. State Prison, Warden

## O R D E R

The plaintiff has failed to pay the necessary filing fee or to file a Motion to Proceed In Forma Pauperis as directed by court order dated March 17, 2009.  The plaintiff was notified that the failure to comply with the court's order would result in the matter being referred to a judicial officer to enter an order of dismissal without prejudice.  Due to plaintiff's non-compliance with the court's order, the case is dismissed without prejudice pursuant to LR 4.4.

So ordered.

Date: April 29, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:  N.H. State Prison, Warden
     Bonnie Reed, Financial Administrator
     Tia Maria Hooper, Deputy Clerk
     Inmate Accounts